THE STATE OF OHIO, APPELLEE, *v.* GATES, APPELLANT.

[Cite as *State v. Gates*, 131 Ohio St.3d 372, 2012-Ohio-1221.]

(No. 2012–0030—Submitted March 21, 2012—Decided March 27, 2012.)

{¶ 1} The judgment of the court of appeals is reversed, and the cause is remanded to the court of appeals for application of our decision in *State v. Smith*, 131 Ohio St.3d 297, 2012-Ohio-781, 964 N.E.2d 423.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

Pamela J. Holder, Portage County Assistant Prosecuting Attorney, for appellee.

Neil P. Agarwal, for appellant.